711 A.2d 472

**Larry A. WITTIG, Petitioner,**

**v.**

**Michael F. RUDELITCH and Lori A. Rudelitch, Respondents.**

**Michael F. RUDELITCH and Lori A. Rudelitch, Respondents,**

**v.**

**Larry A. WITTIG, Douglas R. Haas
and Denise Haas, Petitioners.**

Supreme Court of Pennsylvania.

June 18, 1998.

James R. Nanovic, Jim Thorpe, for petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 18th day of June, 1998, the Petitions for Allowance of Appeal are hereby GRANTED, limited to the following issue:

May a person claiming an easement by prescription tack the use by a predecessor in title when there is no reference to the easement in the deed of conveyance?